**Entered on Docket
March 30, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

JANET LEE MYLLYMAKI,       No. 12-10303

　　　　　　　　　Debtor(s).
_____/

Judge's Concerns re Application for Compensation
_____

　　　The court has some concerns regarding the application for compensation of the Trustee's counsel, and particularly the billing of $30,000 to recover $45,000. It appears that this is an appropriate circumstance for the exercise of billing discretion. The Trustee and counsel shall be prepared to address these concerns at the hearing on April 3, 2015.

Dated: March 30, 2015

　　　　　　　　　　　　　　　　　　　Alan Jaroslovsky
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge